MICHELLE MANCINO MARSH (*PRO HAC VICE PENDING*)
michelle.marsh@arentfox.com
DANA J. FINBERG (SBN 257459)
dana.finberg@arentfox.com
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, California 94105
Telephone: 415.757.5500
Facsimile:  415.757.5501

Attorneys for Plaintiff
Rothy's, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROTHY'S, INC., a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>GIESSWEIN WALKWAREN AG, an Austrian public limited company,<br><br>             Defendant. | Case No. 5:19-cv-03071-VKD<br><br>**Plaintiff Rothy's, Inc.'s Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1**<br><br>**Complaint Filed:  June 3, 2019** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15(b)(2), the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 18, 2019            Arent **FOX LLP**

By: */s/ Dana J. Finberg*
DANA J. FINBERG
MICHELLE MANCINO MARSH (*PRO HAC VICE PENDING*)
Attorneys for Plaintiffs
ROTHY'S, INC.

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RULE 7.1 CORPORATE DISCLOSURE STATEMENT