MICHELLE MANCINO MARSH (*PRO HAC VICE*)
michelle.marsh@arentfox.com
DANA J. FINBERG (SBN 257459)
dana.finberg@arentfox.com
PETER L. MENCHINI (*PRO HAC VICE*)
peter.menchini@arentfox.com
SARA T. SCHNEIDER (SBN 298103)
sara.schneider@arentfox.com

**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
(415) 757-5500

1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900

*Attorneys for Plaintiff
Rothy's, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHY'S, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GIESSWEIN WALKWAREN AG, an Austrian public limited company,<br><br>　　　　　Defendant. | Case No. 19-CV-03071-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Judge: The Hon. James Donato** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Rothy's, Inc. ("Rothy's"), by counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Giesswein Walkwaren AG ("Giesswein").

Dated: September 19, 2019        Respectfully submitted,

By:   */s/ Dana J. Finberg*

Dana J. Finberg (SBN 257459)
Sara T. Schneider (SBN 298103)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
(415) 757-5897
dana.finberg@arentfox.com
sara.schneider@arentfox.com

Michelle Mancino Marsh (*Pro Hac Vice*)
Peter L. Menchini (*Pro Hac Vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900
michelle.marsh@arentfox.com
peter.menchini@arentfox.com

*Counsel for Plaintiff Rothy's, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service have been served with a true and correct copy of the foregoing document by mail on this day.

Dated: September 19, 2019

*/s/ Dana J. Finberg*
Dana J. Finberg